1
2
3
4
5
6                       **UNITED STATES DISTRICT COURT**

7                            **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,              )
                                           )
9                 Plaintiff,               )
                                           )
10       v.                                )          2:10-CR-584-GMN (PAL)
                                           )
11  MAURICE SWANSON, aka "Mo-Ski",         )
                                           )
12  _____ Defendant.       )

13                          **ORDER OF FORFEITURE**

14         On April 19, 2001, defendant Maurice Swanson pled guilty to Count Five of a Seven-Count

15  Criminal Indictment charging him in Count Five with Distribution of a Controlled Substance in

16  violation of Title 21, United States Code, Section 841(a)(1) and agreed to the forfeiture of property

17  set forth in the Forfeiture Allegation in the Criminal Indictment.

18         This Court finds that Maurice Swanson shall pay a criminal forfeiture money judgment of

19  $2,600.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P.

20  32.2(b)(1) and (2) and Title 21, United States Code, Sections 853(a)(1) and 853(p).

21         THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

22  States recover from Maurice Swanson a criminal forfeiture money judgment in the amount of

23  $2,600.00 in United States Currency.

24         **DATED** this 27th day of April, 2011.

25
                                           _____
26                                         Gloria M. Navarro
                                           United States District Judge