✓ FILED         ___ RECEIVED
___ ENTERED     ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

JUL 28 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-584-GMN (PAL) |
| ) | |
| MAURICE SWANSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

This Court found on April 28, 2011, that MAURICE SWANSON shall pay a criminal forfeiture money judgment of $2,600.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Section 853(a)(1). Docket #20.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MAURICE SWANSON a criminal forfeiture money judgment in the amount of $2,600.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 21, United States Code, Section 853(a)(1).

DATED this 28 day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE